**United States District Court**
For the Northern District of California

***E-FILED ON 12/1/05*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1-TO 500, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C03-00604 HRL<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　Having reviewed the parties' November 30, 2005 status reports, the court sets a further case management conference for **December 13, 2005, 1:30 p.m. in Courtroom 2.** No later than **December 8, 2005**, plaintiff shall file a detailed chronology of the steps taken to pursue his workers' compensation claim.

　　　IT IS SO ORDERED.

Dated: December 1, 2005

　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**5:03-cv-604 Notice will be electronically mailed to:**

Claire T. Cormier claire.cormier@usdoj.gov

Jerry Y. Fong jf@careyandcareylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.