**\*E-FILED ON 12/13/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1-TO 500, inclusive,<br><br>    Defendants. | No. C03-00604 HRL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED AND WHY THIS CASE SHOULD NOT BE DISMISSED** |

On December 1, 2005, this court issued an order (1) setting a further case management conference for December 13, 2005, 1:30 p.m. in Courtroom 2; and (2) directing plaintiff to file, no later than December 8, 2005, a detailed chronology of the steps taken to pursue his workers' compensation claim. Plaintiff failed to file the chronology as ordered. Further, he failed to appear at the December 13, 2005 conference. Accordingly, IT IS ORDERED THAT:

    1.    Plaintiff shall appear before the undersigned in Courtroom 2 on **Tuesday, January 10, 2006 at 10:00 a.m.** and explain why (a) he should not be sanctioned for failure to comply with this court's December 1, 2005 order; and (b) why this case should not be dismissed for an apparent lack of prosecution. Defendant may also attend if it wishes.

    2.    Plaintiff shall file a statement in response to this order to show cause **no later**

**than January 3, 2006**.

      Plaintiff is advised that his failure to comply with this order may be grounds for sanctions or the dismissal of this action.

Dated: December 13, 2005

                              /s/ Howard R. Lloyd_____
                             HOWARD R. LLOYD
                             UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:03-cv-604 Notice will be electronically mailed to:**

Claire T. Cormier claire.cormier@usdoj.gov

Jerry Y. Fong jf@careyandcareylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.