*E-FILED ON 1/10/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR, | No. C03-00604 HRL |
| Plaintiff, | |
| v. | **ORDER RE SANCTIONS** |
| UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1-TO 500, inclusive, | |
| Defendants. | |

On December 1, 2005, this court issued an order (1) setting a further case management conference for December 13, 2005, 1:30 p.m.; and (2) directing plaintiff to file, no later than December 8, 2005, a detailed chronology of the steps taken to pursue his workers' compensation claim as directed by this court's December 1, 2005 order. Plaintiff did not file the chronology as ordered. Further, he failed to appear at the December 13, 2005 conference.

Having reviewed plaintiff's response to this court's December 13, 2005 order to show cause, the court finds no good cause for the failures described above, but concludes that the fault is attributable to the carelessness of plaintiff's counsel. Indeed, plaintiff's counsel acknowledges that monetary sanctions against him are appropriate. Accordingly, the court sanctions Jerry Fong the amount of $250.00 to be paid forthwith to the Clerk of the Court.

United States District Court
For the Northern District of California

1    IT IS SO ORDERED.

2  Dated:  January 10, 2006

3                                          /s/ Howard R. Lloyd
                                        _____
4                                       HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**5:03-cv-604 Notice will be electronically mailed to:**

Claire T. Cormier claire.cormier@usdoj.gov

Jerry Y. Fong jf@careyandcareylaw.com, jan@careyandcareylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.