*E-FILED ON 1/10/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR, | No. C03-00604 HRL |
| Plaintiff, | |
| v. | **ORDER RE FURTHER STATUS REPORT** |
| UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1-TO 500, inclusive, | |
| Defendants. | |

No later than **March 10, 2006**, plaintiff shall provide defense counsel with a letter (with a copy to be filed with the court) advising as to the status of his workers' compensation claim. Upon review of that letter, the court may set a further status conference.

Dated: January 10, 2006

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:03-cv-604 Notice will be electronically mailed to:
2  Claire T. Cormier claire.cormier@usdoj.gov
3  Jerry Y. Fong jf@careyandcareylaw.com, jan@careyandcareylaw.com
4  Counsel are responsible for distributing copies of this document to co-counsel who have
5  not registered for e-filing under the court's CM/ECF program.