SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER  (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

***ORDER E-FILED: 6/22/2007***

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR, ) | No. C 03-00604 HRL |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER SCHEDULING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES AIR FORCE, and DOES ) | |
| 1 TO 500, inclusive ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties to the above-entitled action, through their attorneys of record, hereby STIPULATE AND REQUEST as follows:

This case was stayed pending a determination by the Department of Labor ("DOL") as to whether or not plaintiff Richard Taylor could recover workers compensation benefits relating to the accident that is the subject of this case.  The DOL has recently ruled that Mr. Taylor is not entitled to receive such benefits.  The parties to this litigation believe that the Court can now resume jurisdiction over the matter.  Therefore, the parties request that the Court set a case management conference so that further scheduling and other issues can be resolved.  Such issues may include the scheduling of briefing and a hearing date for defendant's summary judgment

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE
No. C 03-00604 HRL                 1

1  motion, whether the parties may conduct further discovery, and the setting of a trial date and
2  related deadlines.
3      The parties request that the case management conference be set on August 7 at 1:30 p.m.
4                                      Respectfully submitted,
5  DATED: June 21, 2007                 CAREY & CAREY

7                                       /s/
                                        JERRY Y. FONG
                                        Attorney For Plaintiff Richard Taylor

9  DATED: June 21, 2007                 SCOTT N. SCHOOLS
                                        United States Attorney

11                                      /s/
                                        CLAIRE T. CORMIER
12                                      Assistant United States Attorney

14                          [PROPOSED] ORDER
15      Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.
16  The parties shall file a Joint Case Management Statement no later than July 31, 2007.

18  Dated: June 22, 2007                 _____
                                         HOWARD R. LLOYD
19                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE
No. C 03-00604 HRL                 2