JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

*ORDER E-FILED 2/6/2008*

WILLIAM W. BURNS, ESQ. (SBN 44187 )
15720 WINCHESTER BLVD., SUITE 2A
LOS GATOS, CA 95030
408/395-2226
408/395-6480 fax

Attorneys for Plaintiff RICHARD TAYLOR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**(MODIFIED BY THE COURT)**

| | |
|---|---|
| RICHARD TAYLOR, | CASE NO.        C 03-00604-HRL |
| Plaintiff, | THE PARTIES' STIPULATION FOR A EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO GOVT'S MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING ADJUSTMENT FOR THE FILING OF THE REPLY, WITH PROPOSED ORDER RE SAME. |
| vs. | |
| UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1 TO 500, inclusive, | |
| Defendants. | Date of Hearing:       February 26, 2008 |
| | Time:                          9:00 a.m. |
| | Mag.-Judge:            Hon. Howard R. Lloyd |

Plaintiff Richard Taylor, through his counsel Jerry Y. Fong and William Burns, and

Defendant United States of America, through its counsel Claire T. Cormier, hereby jointly stipulate

to request that the Court grant an extension of Plaintiff's time to file his Opposition to the pending

Motion by the Government for Summary Judgment (scheduled to be heard on February 26, 2008 at

9:00 a.m.), from February 5, 2008 to February 8, 2008 and, correspondingly, the time for the

Government to file its reply from February 12, 2008 to February 15, 2008. The hearing shall remain

on February 26, 2008.

This stipulation is made on the request of Plaintiff's counsel because they had mistakenly

believed that Plaintiff's Opposition is due two weeks before the hearing (on February 12, 2008), not

the actual date of February 5, 2008.  Plaintiff's attorneys believe that they will be able to file their

opposition by Friday, February 8, 2008.  To ensure that the Government will not be prejudiced by

this extension of time, the parties also request that the Court grant a corresponding extension of time

for the Government to file its reply, from February 12, 2008 to February 15, 2008.

There has not been any prior application for the extension of time for filings in connection

with the present motion for summary judgment.  The parties believe that no additional scheduled

matter will be affected by this request.

It is so stipulated.

DATED:                                    Respectfully submitted,


_____/S/_____
by JERRY Y. FONG, Attorneys for
Plaintiff RICHARD TAYLOR



DATED: February 5, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY


_____/S/_____
by CLAIRE T. CORMIER,
Assistant United States Attorney,
Attorney for Defendant United States of America


ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that

the Plaintiff's time to file his Opposition to the pending Motion for Summary Judgment shall be

extended to (and including) February 8, 2008 and that the Defendant's time to file its Reply shall

be extended (and including) February 15, 2008.  The hearing for the motion for summary judgment

**is continued to March 4, 2008, 10:00 a.m.**

~~shall remain on February 26, 2008 at 9:00 a.m.~~  It is so ordered.


DATED:   February 6, 2008         _____
                                  MAGISTRATE-JUDGE OF THE UNITED
                                  STATES DISTRICT COURT