1  JERRY Y. FONG, ESQ., SBN 99673
   CAREY & CAREY
2  POST OFFICE BOX 1040
   PALO ALTO. CA 94302-1040
3  TELEPHONE: (650) 328-5510
   FACSIMILE:   (650) 853-3632

4                                              *ORDER E-FILED 2/20/2008*

   WILLIAM W. BURNS, ESQ., SBN 44187
5  LAW OFFICES OF WILLIAM W. BURNS
   15720 WINCHESTER BLVD., SUITE 1A
6  LOS GATOS, CA 95030
   TELEPHONE: (408) 395-2226
7  FACSIMILE: (408) 395-6480

8  Attorneys For RICHARD TAYLOR

10                    UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 | RICHARD TAYLOR,                  | CASE NO.  C 03-00604-HRL
14 |     Plaintiff,                   | THE PARTIES' STIPULATION FOR
   |                                  | EXTENSIONS OF TIME FOR DISCLOSURE
15 |     VS.                          | OF EXPERT WITNESSES; DISCLOSURE
   |                                  | OF REBUTTAL EXPERT WITNESS; AND
16 | UNITED STATES OF AMERICA,        | DISCOVERY CUTOFF
   | UNITED STATES AIR FORCE, and
17 | DOES 1 TO 500, inclusive,        | **AND ORDER**
18 |     Defendants.                  | **(MODIFIED BY THE COURT )**
19 | _____ /

   Plaintiff Richard Taylor, by and through his Counsel of Record, and Defendants, by and through their Counsel of Record, Clair T. Cormier, hereby jointly stipulate to the following extensions of time:

   1. Disclosure of Expert Witnesses to ***February 29, 2008;***

   2. Disclosure of rebuttal Experts to ***April 4, 2008;*** and

   3. Discovery cutoff extended to ***May 9, 2008.***

***STIPULATION RE EXPERT WITNESSES***          -2-

This Stipulation is made at the request of Plaintiff's Counsel and the agreement of Defendants' Counsel.  Neither Party will be prejudiced by this Stipulation as associated dates for disclosures of rebuttal Experts and Discovery Cutoff are changed along with disclosure of Expert Witnesses.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 12, 2008

_____
WILLIAM W. BURNS, ESQ.
Attorney For Richard Taylor

DATED: February 12, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

_____
By CLAIRE T. CORMIER, ESQ.
Assistant United States Attorney
Attorney For Defendant United States of America

### ORDER

Pursuant to the Parties' Stipulation and good cause appearing herein, it is hereby ordered that the dates for Expert Witness Disclosure, Disclosure of Rebuttal Experts, and Expert Discovery cutoff are extended as hereinabove stated.

DATED: February 20, 2008

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

***STIPULATION RE EXPERT WITNESSES***        -2-