*E-filed 3/11/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR, | No. C03-00604 HRL |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1-TO 500, inclusive, | |
| Defendants. | |

Defendant's Motion for Summary Judgment having been granted in its entirety, judgment is now entered in favor of Defendant. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 3/11/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Notice will be electronically mailed to:

William Walter Burns    wwburnslaw@aol.com

Claire T. Cormier    claire.cormier@usdoj.gov

Jerry Y. Fong    jf@careyandcareylaw.com, jan@careyandcareylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 3/11/08                                KRO
                                Chambers of Magistrate Judge Howard R. Lloyd