JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081

Attorneys for Defendant
United States of America

*E-FILED 06-24-2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, and DOES 1 TO 500, inclusive <br><br> Defendants. | No. C 03-00604 HRL <br><br> STIPULATION OF DISMISSAL; ~~PROPOSED~~ ORDER |

The parties to this action, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the Stipulation of Settlement entered into by the parties to this action. All parties will bear their own costs, fees, and expenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 22, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant United States Attorney

STIPULATION OF DISMISSAL; ~~PROPOSED~~ ORDER
No. C 03-00604 HRL                          1

1   DATED: June 21, 2010        CAREY & CAREY

                                 [signature]
                                 JERRY Y. FONG, Attorneys for
                                 Plaintiff RICHARD TAYLOR

### ~~PROPOSED~~ ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: ____June 24, 2010____        [signature]
                                    HOWARD R. LLOYD
                                    United States Magistrate Judge

STIPULATION OF DISMISSAL; ~~PROPOSED~~ ORDER
No. C 03-00604 HRL                 2